**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Taurino ESPINOZA, Defendant–Appellant.**

**No. 07–11448**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Jan. 4, 2008.

A. Fitzgerald Hall, Federal Public Defender, R. Fletcher Peacock, Tampa, FL, for Defendant–Appellant.

Judy K. Hunt, United States Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Before ANDERSON, CARNES and BARKETT, Circuit Judges.

PER CURIAM:

Alec Fitzgerald Hall, appointed counsel for Taurino Espinoza in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Espinoza's conviction and sentence are **AFFIRMED.**